**Order filed March 16, 2021.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00739-CV
_____

## IN RE WARRIOR ENERGY SERVICES CORP.

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-35023**

Trial Court Cause No. 2018-35023

## CONTINUING ABATEMENT ORDER

Relator petitioned for voluntary bankruptcy in the United States Bankruptcy Court for the Southern District of Texas, under cause number 20-35816. Because a stay is automatically effected by Section 362(a) of the Bankruptcy Code, when this court received notice of relator's bankruptcy filing, on December 7, 2020, all proceedings in this mandamus proceeding were suspended. See Tex. R. App. P. 8.2.

On February 3, 2021, real party in interest filed a motion to reinstate the mandamus proceeding pursuant to Texas Rule of Appellate Procedure 8.3(a) because the bankruptcy stay has been terminated. We grant the Rule 8.3 motion to reinstate, and the appeal is reinstated.

However, the Court must now abate the case pursuant to Rule 7.2(b), which mandates that when the respondent in an original proceeding under Rule 52 ceases to hold office this court must allow the respondent's successor to consider the original party's decision regarding relator's request for relief. *See* Tex. R. App. P. 7.2(b); 52. Therefore, this mandamus proceeding is abated for a period of thirty days from the date of this order, at which time the new presiding judge of the 80th District Court, Harris County, Texas, shall advise the Court of the action taken on relator's request. The Court will then consider a motion to reinstate or dismiss this proceeding, as appropriate.

Furthermore, the court reminds all counsel that motions must be accompanied by a certificate stating the filing party conferred, or made a reasonable attempt to confer, with all other parties about the merits of the motion and whether those parties oppose the motion. Tex. R. App. P. 10.1(a)(5).

PER CURIAM

Panel Consists of Justices Bourliot, Zimmerer, and Spain.